UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARRETT,<br><br>        Plaintiff,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Defendant. | Case No. 18-cv-05036-TSH<br><br>**ORDER TO SHOW CAUSE** |

On September 17, 2018, Defendant The Regents of the University of California filed a Motion to Dismiss, with a noticed hearing date of November 1, 2018. ECF No. 19. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby **VACATES** the November 1 hearing and **ORDERS** Plaintiff Julie Barrett to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by October 17, 2018. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on November 1, 2018 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

        **IT IS SO ORDERED.**

Dated: October 3, 2018

_____
THOMAS S. HIXSON
United States Magistrate Judge